1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California  90067
   Telephone:     (310) 712-6600
4  Facsimile:     (310) 712-8800

5  Stacey R. Friedman (*pro hac vice* application to be submitted)
   (friedmans@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   125 Broad Street
7  New York, New York 10004
   Telephone:     (212) 558-4000
8  Facsimile:     (212) 558-3588

9  Jason de Bretteville (SBN 195069)
   (debrettevillej@sullcrom.com)
10 Sverker K. Högberg (SBN 244640)
   (hogbergs@sullcrom.com)
11 SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
12 Palo Alto, California 94303
   Telephone:     (650) 461-5600
13 Facsimile:     (650) 461-5700

14 Attorneys for Defendants
   J.P. MORGAN SECURITIES INC.,
15 BEAR STEARNS ASSET BACKED SECURITIES I LLC,
   CHASE MORTGAGE FINANCE CORPORATION I,
16 J.P. MORGAN ACCEPTANCE CORPORATION I, and
   JPMORGAN SECURITIES HOLDINGS LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>             Plaintiff,<br><br>      vs.<br><br>J.P. MORGAN SECURITIES INC. F/K/A BEAR, STEARNS & CO.;<br>BEAR STEARNS ASSET BACKED SECURITIES I LLC;<br>CHASE MORTGAGE FINANCE CORPORATION;<br>J.P. MORGAN ACCEPTANCE CORPORATION I; | Case No.  CV-10-4523-~~BZ~~ EMC<br><br>Removed from:<br>Superior Court of the State of California<br>For the City and County of San Francisco<br>Civil No. CGC-10-503206<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>ORDER |

| | |
|---|---|
|JPMORGAN SECURITIES HOLDINGS LLC; AND,<br>DOES 1-50,<br>　　　　　Defendants.| )<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, plaintiff, The Charles Schwab Corporation ("Plaintiff"), and the defendants in the above-captioned action (collectively, "Defendants" and, jointly with Plaintiff, the "Parties"), by their undersigned attorneys, stipulate to an extension of time for Defendants to answer, move, or otherwise respond to the Complaint in this matter, without waiver of any rights, claims or defenses.

On or about September 2, 2010, Plaintiff filed a Summons and Complaint captioned *The Charles Schwab Corporation* v. *J.P. Morgan Securities Inc., et al.*, Case No. CGC-10-50503206, in the Superior Court of California, San Francisco (the "State Court Action").  On October 6, 2010, Defendants removed this case to the United States District Court for the Northern District of California, San Francisco Division.  Plaintiff intends to file a motion to remand the action to the Superior Court of California, San Francisco (the "Remand Motion").

Pursuant to Civil Local Rule 6-1(a), the parties, by and through their counsel, stipulate as follows:

1. Defendants shall answer, move, or otherwise respond to the Complaint on or before January 7, 2010[1] (the "Response Date");

2. This extension will not alter the date of any event or any deadline already fixed by Court order;

3. The Parties agree to consider hereafter, including in view of the status or resolution of the Remand Motion, arranging with the appropriate court for a further extension of the Response Date, and Defendants do not waive their right to seek adjournment or additional time from the Court in which to answer, move, or otherwise respond to the Complaint.

4. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

Dated: October 12, 2010

        */s/ Jason de Bretteville*
Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:	(650) 461-5600
Facsimile:	(650) 461-5700

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:	(310) 712-6600
Facsimile:	(310) 712-8800

*Attorneys for Defendants*
J.P. Morgan Securities Inc.,
Bear Stearns Asset Backed Securities I
LLC, Chase Mortgage Finance Corporation
I, J.P. Morgan Acceptance Corporation I,
and JPMorgan Securities Holdings LLC.

Of Counsel:

Stacey R. Friedman (*pro hac vice*)
(friedmans@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:	(212) 558-4000
Facsimile:	(212) 558-3588

1  Dated: October 12, 2010

2                            */s/ Robert A. Goodin*
                          Robert A. Goodin (SBN 061302)
3                           Francine T. Radford (SBN 168269)
                          Anne H. Hartman (SBN 184556)
4                           GOODIN, MACBRIDE, SQUERI, DAY
                          & LAMPREY, LLP
5                           505 Sansome Street, Suite 900
                          San Francisco, CA  94111
6                           Telephone:       (415) 392-7900
                          Facsimile:       (415) 398-4321

7                           And

8                           David J. Grais
9                           Kathryn C. Ellsworth
                          Owen L. Cryulnik
10                          Leanne M. Wilson
                         GRAIS & ELLSWORTH LLP
11                          40 E. 52nd Street
                         New York, NY  10022
12                          Telephone:       (212) 755-0100
                         Facsimile:       (212) 755-0052

13                          *Attorneys for Plaintiff*
14                          The Charles Schwab Corporation

SULLIVAN & CROMWELL LLP

1  I, Jason de Bretteville, am the ECF user whose User ID and Password are being used to
2 file this STIPULATION TO EXTEND TIME TO RESPOND TO THIS COMPLAINT.  In compliance
3 with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated: October 12, 2010

                         */s/ Jason de Bretteville*
                         Jason de Bretteville (SBN 195069)

IT IS SO ORDERED:

[IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

_____
Edward M. Chen
U.S. Magistrate Judge