IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>J.P. MORGAN SECURITIES INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 10-04523 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING PLAINTIFF'S MOTION TO REMAND** |

On October 28, 2010, Plaintiff filed a motion to remand. On November 8, 2010, this matter was reassigned to the undersigned after the Court determined it was related to *The Charles Schwab Corporation v. J.P. Morgan Securities, Inc., et al.*, 10-CV-4522-JSW. Plaintiff has not re-noticed the motion to remand. Accordingly, it is HEREBY ORDERED that the Defendants' opposition shall be due by December 17, 2010. Plaintiff's reply brief shall be due on January 14, 2011, and the Court shall hold a hearing on the motion on February 4, 2011 at 9:00 a.m. If either party seeks to modify this briefing schedule, they shall submit a request demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: November 30, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE