GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

THE CHARLES SCHWAB CORPORATION
LOWELL HAKY, State Bar No. 178526
211 Main Street
San Francisco, California 94105
Telephone: (415) 667-0622
Facsimile: (415) 667-1638

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

Attorneys for Plaintiff
The Charles Schwab Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | No. CV-10-04523-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED HEREIN** |
| v. | |
| J.P. MORGAN SECURITIES INC f/k/a BEAR, STEARNS & CO., *et al.*, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**     (No. CV-10-04523-JSW)

WHEREAS, on September 2, 2010, Plaintiff filed an action in the Superior Court of California, San Francisco against Defendants, captioned *The Charles Schwab Corporation* v. *J.P. Morgan Securities Inc., et al.*, Case No CGC-10-503206;

WHEREAS, on October 6, 2010, Defendants removed that action from the Superior Court of California, San Francisco to the Northern District of California;

WHEREAS, on October 28, 2010, Plaintiff filed its Notice of Motion and Motion to Remand this case to the Superior Court;

WHEREAS, the Motion to Remand is currently pending before the Court, with the hearing on the motion scheduled for April 1, 2011;

WHEREAS, a Case Management Conference in this case is scheduled for April 15, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT, SUBJECT TO THE APPROVAL OF THE COURT:

The case management conference currently scheduled for April 15, 2011 shall be continued to 28 days after the entry of an order on the Motion to Remand, and all associated dates are continued accordingly.

Respectfully submitted,

Dated: March 28, 2011

*/s/*Francine T. Radford
Robert A. Goodin (SBN 061302)
(rgoodin@goodinmacbride.com)
Francine T. Radford (SBN 168269)
(fradford@goodinmacbride.com)
Anne H. Hartman (SBN 184556)
(ahartman@goodinmacbride.com)
GOODIN, MACBRIDE, SQUERI, DAY &
LAMPREY, LLP
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

David J. Grais
Kathryn C. Ellsworth

Dated: March 28, 2011

*/s/*Jason de Bretteville
Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
Michael P. Murtagh (SBN 271385)
(murtaghm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP

**STIPULATION AND [PROPOSED] ORDER**     (No. CV-10-04523-JSW)
-2-

| | |
|---|---|
| Owen L. Cyrulnik<br>Leanne M. Wilson<br><br>GRAIS & ELLSWORTH LLP<br>40 East 52nd Street<br>New York, New York 10022<br>Telephone:　(212) 755-0100<br>Facsimile:　(212) 755-0052<br><br>*Attorneys for Plaintiff*<br>*The Charles Schwab Corporation* | 1888 Century Park East<br>Los Angeles, California　90067<br>Telephone:　(310) 712-6600<br>Facsimile:　(310) 712-8800<br><br>Stacey R. Friedman (admitted *pro hac vice*)<br>(friedmans@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:　(212) 558-4000<br>Facsimile:　(212) 558-3588<br><br>*Attorneys for J.P. Morgan Securities Inc.,*<br>*Bear Stearns Asset Backed Securities I LLC,*<br>*Chase Mortgage Finance Corporation I, J.P.*<br>*Morgan Acceptance Corporation I, and*<br>*JPMorgan Securities Holdings LLC* |

\* \* \* \* \*

~~NOW, THEREFORE, PURSUANT TO STIPULATION, IT IS SO ORDERED~~.

The case management conference scheduled for April 15, 2011 is VACATED and shall be reset, if necessary, in the Order resolving the motion remand.

Dated: March 29, 2011

_____
The Honorable Jeffrey S. White
United States District Court Judge

3435/001/X127624.v1

**STIPULATION AND ~~[PROPOSED]~~ ORDER**　　-3-　　(No. CV-10-04523-JSW)