**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    THE CHARLES SCHWAB CORPORATION,

10          Plaintiff,                              No. C 10-04523 JSW

11     v.                                           **ORDER VACATING HEARING
                                                     ON MOTION TO REMAND**
12   J.P. MORGAN SECURITIES INC., f/k/a
     BEAR, STEARNS & CO, et al.,
13
            Defendants.
14
     _____/
15

16          This matter is currently set for a hearing on Plaintiff's motion to remand on April 1,

17   2011, at 9:00 a.m.  The Court has considered the parties' pleadings and finds the matter to be

18   suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the

19   Court HEREBY VACATES the hearing.

20          **IT IS SO ORDERED.**

21

22   Dated: March 31, 2011                          _____
                                                    JEFFREY S. WHITE
23                                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28